NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CASSIE ELIZABETH MCKENZIE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5022

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-0891, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

The United States moves for leave to file its informal response brief eight days out of time.

Upon consideration thereof,

IT IS ORDERED THAT

The motion is granted.

CASSIE MCKENZIE v. US                                              2

                                  FOR THE COURT

                                    /s/ Jan Horbaly
                                    Jan Horbaly
                                    Clerk

.

s24